Shawn G. Hansen (SBN 197033)
shansen@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6000
Facsimile: (855) 780-9262

Jason C. Kravitz (*pro hac vice* application to be filed)
jkravitz@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: 617-345-1000
Facsimile: 617-345-1300

*Attorneys for Defendant*
ADVERTISE.COM, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ADSUPPLY, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **ADVERTISE.COM, INC.**, <br><br> Defendant. | Case No. 2:16-cv-08921-PSG-E <br><br> **DEFENDANT ADVERTISE.COM, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO ADSUPPLY, INC.'S COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 501 ET SEQ.)** <br><br> **DEMAND FOR JURY TRIAL** <br><br> **Hon. Philip S. Gutierrez** |

Defendant Advertise.com, Inc. ("Advertise.com") hereby submits this Answer and Affirmative Defenses responsive to Plaintiff Adsupply, Inc.'s ("Adsupply") Complaint for Copyright Infringement (17 U.S.C. §§ 501, et seq.). Except as expressly admitted below, Advertise.com denies each and every allegation of the Complaint.

## NATURE OF ACTION

1. Advertise.com admits that the Complaint asserts a claim for copyright infringement but denies the remaining allegations of Paragraph 1. Advertise.com expressly denies that it is liable to Adsupply for copyright infringement as alleged in the Complaint.

## THE PARTIES

2. Admitted.

3. Admitted.

## JURISDICTION AND VENUE

4. Admitted.

5. Advertise.com admits that venue is proper in this District but denies that it has engaged in copyright infringement as alleged in the Complaint in this District or elsewhere.

## FACTUAL ALLEGATIONS

6. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 6, and on that basis denies them.

7. Advertise.com admits that it provides digital advertising services crafted to enhance targeted traffic and interest in website content. Except as expressly admitted, Advertise.com denies the allegations of Paragraph 7.

8. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 8, and on that basis denies them.

9. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 9, and on that basis denies them.

10. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 10, and on that basis denies them.

11. Denied.

12. Denied.

13. Denied.

14. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 14, and on that basis denies them.

## COUNT I

## **COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 501, et seq.)**

15. Advertise.com hereby incorporates by reference as if fully set forth herein its responses to the foregoing Paragraphs 1 through 14.

16. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 16, and on that basis denies them.

17. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 17, and on that basis denies them.

18. Denied.

19. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 19, and on that basis denies them.

20. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 20, and on that basis denies them.

21. Denied.

22. Denied.

23. Advertise.com lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 23, and on that basis denies them.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

**RESPONSE TO ADSUPPLY'S PRAYER FOR RELIEF**

Advertise.com denies that Adsupply is entitled to any of the relief requested in its Prayer for Relief.

**AFFIRMATIVE DEFENSES**

Without admitting or implying that Advertise.com bears the burden of proof as to any of them, Advertise.com asserts the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Complaint fails to state a claim upon which relief can be granted.

- 4 -	Case No. 2:16-cv-08921-PSG-E

ADVERTISE.COM'S ANSWER AND AFFIRMATIVE DEFENSES

## SECOND AFFIRMATIVE DEFENSE

### (Waiver)

Adsupply's claims are barred due to waiver.

## THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

Adsupply's claims are barred, in whole or in part, by the equitable doctrine of estoppel.

## FOURTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

To the extent that Adsupply did sustain any damages, which Advertise.com denies, such damages were caused, in whole or in part, by the comparative fault of Adsupply and/or third parties, which thus bars Adsupply's recovery for said damages or diminishes such recovery by the amount of fault attributable to Adsupply and/or those third parties.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

To the extent that Adsupply did sustain any damages, which Advertise.com denies, such damages were caused, in whole or in part, by Adsupply's failure to mitigate any damages it may have suffered, which failure to mitigate bars and/or diminishes Adsupply's right to any relief against Advertise.com.

## SIXTH AFFIRMATIVE DEFENSE

### (No Causation)

To the extent Adsupply has suffered any injury or damage, which Advertise.com denies, such injury or damage was not proximately caused by any conduct or inaction of Advertise.com, or was not foreseeable, or both.

## SEVENTH AFFIRMATIVE DEFENSE

### (Fair Use)

Adsupply's claims are barred, in whole or in part, by the doctrine of fair use.

## EIGHTH AFFIRMATIVE DEFENSE

### (Noninfringement)

Adsupply's claim for copyright infringement is barred because Advertise.com has not infringed any applicable copyrights.

## NINTH AFFIRMATIVE DEFENSE

### (Copyright Misuse)

Adsupply's claims are barred by the doctrine of copyright misuse.

## TENTH AFFIRMATIVE DEFENSE

### (Merger)

Adsupply's claims are barred by the merger doctrine.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Substantial Similarity)

Adsupply's claims are barred because Advertise.com' products are not substantially similar to any of Adsupply's allegedly copyrightable works.

## TWELFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Adsupply's claims are barred, in whole or in part, by the doctrine of unclean hands.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Valid Copyright Registration)

Upon information and belief, Adsupply's claim for copyright infringement is barred because Adsupply failed to comply with the registration and deposit requirements of 17 USC §§ 410 et. seq.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

Advertise.com's investigation of its defenses is ongoing, and it reserves the right to supplement or amend these affirmative defenses as this matter progresses.

## PRAYER FOR RELIEF

WHEREFORE, defendant Advertise.com prays for judgment as follows:

a. That Advertise.com does not infringe any valid copyright owned by Adsupply;

b. That the Complaint be dismissed with prejudice and that judgment on the Complaint, and each and every claim for relief therein, be entered in favor of Advertise.com and against Adsupply;

c. That Adsupply takes nothing by this suit;

d. That Advertise.com be awarded its attorneys' fees and costs incurred herein; and

e. For such other and further relief as the Court may deem proper.

Dated: February 10, 2017         NIXON PEABODY LLP

By: /s/ Shawn G. Hansen
Shawn G. Hansen

*Attorneys for Defendant*
ADVERTISE.COM, INC.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38 and Central District of California L.R. 38-1, Advertise.com demands a trial by jury on all issues so triable.

Dated: February 10, 2017          NIXON PEABODY LLP

By: /s/ Shawn G. Hansen
Shawn G. Hansen

*Attorneys for Defendant*
ADVERTISE.COM, INC.

4826-7602-1057.1